MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
MILES CLARK, ESQ.
Nevada Bar No.13848
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
       miles.clark@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>　　　　Defendants. | Case No.: 2:16-cv-00402-RFB-CWH<br><br>**STIPULATION AND ORDER FOR COST BOND** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant Foothills at Southern Highlands Homeowners Association (**Foothills**) hereby stipulate and agree as follows:

1. Pursuant to NRS 18.130(1) and the demand for security costs filed by Foothills as Docket Number 16, BANA shall deposit with the Clerk of the Court a cost bond in the amount of $500.

DATED this 10th day of May, 2016.

{38109294;1}

| **AKERMAN LLP** | **FOX ROTHSCHILD LLP** |
|---|---|
| */s/ Miles N. Clark* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> MILES N. CLARK, ESQ. <br> Nevada Bar No. 13848 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Mark J. Connot* <br> MARK J. CONNOT, ESQ. <br> Nevada Bar No. 10010 <br> KEVIN M. SUTEHALL, ESQ <br> Nevada Bar No. 9437 <br> 1980 Festival Plaza Drive, Suite 700 <br> Las Vegas, Nevada 89135 <br><br> *Attorneys for Defendant Foothills at Southern Highlands Homeowners Association* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 12, 2016

{38109294;1}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of April, and pursuant to Federal Rule of Civil Procedure 5, I filed and served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR COST BOND** via the Court's CM/ECF system to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

*/s/ Chelsie Willey*
An employee of AKERMAN LLP

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{38109294;1}