MELANIE MORGAN ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com
*Attorneys for Bank Of America, N.A*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.;<br><br>Plaintiff,<br><br>vs.<br><br>FOOTHILLS AT SOUTHERN HIGHLANDS HOA; LAS VEGAS DEVELOPMENT GROUP, LLC;  DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:    2:16-cv-00402-RFB-CWH<br><br>**NOTICE OF DISASSOCIATION** |

Plaintiff Bank of America, N.A. and through its attorneys of record, the law firm Akerman LLP, hereby give notice that Miles N. Clark, Esq. is/are no longer associated attorneys.

Akerman, LLP continues to serve as counsel for Plaintiff Bank of America, N.A in this action. All future correspondence and papers in this action should continue to be directed to Melanie Morgan, Esq. and Jamie K. Combs,  Esq., of Akerman, LLP.

Respectfully submitted, this 16th  day of May, 2017.

**AKERMAN LLP**

IT IS SO ORDERED.

DATED: May 17, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

/s/ *Jamie K. Combs*_____
MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Bank Of America, N.A*

{41779312;1}                              1

**COURT APPROVAL**

IT IS SO ORDERED.

Date:_____

_____
UNITED STATES MAGISTRATE JUDGE

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the this 16th day of May, 2017, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

*/s/ Doug J. Layne*
An employee of AKERMAN LLP