MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> FOOTHILLS AT SOUTHERN HIGHLANDS HOA; LAS VEGAS DEVELOPMENT GROUP, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-00402-RFB-CWH <br><br> **MOTION TO REMOVE ATTORNEY ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES OF RECORD AND THEIR COUNSEL:**

PLEASE TAKE NOTICE that Bank Of America, N.A. hereby provides notice that Rebekkah B. Bodoff, Esq. and Karen A. Whelan, Esq. are no longer associated with the law firm of Akerman LLP.

…

…

…

…

…

1

48564125;1

Akerman LLP continues to serve as counsel for Bank Of America, N.A. in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Donna M. Wittig, Esq.

Respectfully submitted, this 9th day of April, 2019.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: April 10, 2019

_____
UNITED STATES MAGISTRATE JUDGE