1 ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
2 TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
3 ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
4 Las Vegas, Nevada 89148
(702) 254-7775
5 (702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
6 *Attorney for Defendant*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:16-cv-00402-RFB-DJA<br>) |
| FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; ABSOLUTE COLLECTION SERVICES, LLC, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION TO SUBSTITUTE PARTIES

COMES NOW Defendants, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*); ABSOLUTE COLLECTION SERVICES, LLC (*"ACS"*); and FOOTHILLS AT SOUTHERN HIGHLANDS (*"HOA"*); Plaintiff, BANK OF AMERICA, N.A. (*"BANA"*); and proposed Defendant, AIRMOTIVE INVESTMENTS, LLC (*"Airmotive"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On February 26, 2016, BANA filed this action seeking various relief related to a deed of trust recorded against real property commonly known as 10691 San Palatina Street, Las Vegas, Nevada 89141(*"the "Property"*) and a homeowners association lien foreclosure sale related thereto which was conducted by ACS on

behalf of HOA.

2. HOA presented the prevailing bid at the HOA's foreclosure sale and thereby acquired title to the Property before subsequently selling it to LVDG.

3. At the time the Plaintiff filed this action, LVDG was the record title holder of the Property.

4. LVDG subsequently transferred and conveyed its interest in the Property to Airmotive on or about December 16, 2016, by way of a Grant Deed recorded in the office of the Clark County Recorder on January 5, 2017, as Instrument No. 20170105:02765.

5. Airmotive is currently the record title holder of the Property.

6. LVDG no longer claims any right, title or interest in the Property.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

7. Airmotive shall be substituted as a defendant in this action as the real party in interest in the place and stead of LVDG. LVDG shall be dismissed from this action without prejudice. All claims and defenses asserted by and against LVDG in this action shall be deemed to equally apply to Airmotive and the case caption shall be appropriately amended.

Dated this  28th  day of August, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ *Timothy E. Rhoda*<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>***Attorney for Defendant***<br>***Las Vegas Development Group, LLC and***<br>***Airmotive Investments, LLC*** | /s/ *Donna M. Wittig*<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>(702) 634-5000<br>donna.wittig@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** |
| ABSOLUTE COLLECTION SERVICES, LLC | FOX ROTHSCHILD, LLP |
| /s/ *Shane D. Cox*<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>7485 W. Azure Dr., Suite 129<br>Las Vegas, NV 89130<br>702-531-3394<br>702-531-3396 (fax)<br>shane@absolute-collection.com<br>***Attorney for Defendant***<br>***Absolute Collection Services, Inc.*** | /s/ *Kevin M. Sutehall*<br>KEVIN M SUTEHALL, ESQ.<br>Nevada Bar No. 9437<br>1980 Festival Plaza Drive<br>Suite 700<br>Las Vegas, NV 89135<br>(702) 262-6899<br>ksutehall@foxrothschild.com<br>***Attorney for Defendant***<br>***Foothills at Southern Highlands HOA*** |

**IT IS SO ORDERED.**

By: _____
RICHARD F. BOULWARE, II
United States District Judge

Dated: September 5, 2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___28th___ day of August, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO SUBSTITUTE PARTIES** to the following parties:

| | |
|---|---|
| Melanie D Morgan<br>Akerman LLP<br>1635 Village Center Cir., Suite 200<br>Las Vegas, NV 89134<br>(702)634-5005<br>(702) 380-8572 (fax)<br>melanie.morgan@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** | Shane D. Cox<br>Absolute Collection Services, LLC<br>7485 W. Azure Dr., Suite 129<br>Las Vegas, NV 89130<br>702-531-3394<br>702-531-3396 (fax)<br>shane@absolute-collection.com<br>***Attorney for Defendant***<br>***Absolute Collection Services, Inc.*** |
| Jamie K Combs<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>702-634-5007<br>702-380-8572 (fax)<br>jamie.combs@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** | Mark J. Connot<br>Fox Rothschild, LLP<br>1980 Festival Plaza Drive<br>Suite 700<br>Las Vegas, NV 89135<br>702-262-6899<br>mconnot@foxrothschild.com<br>***Attorney for Defendant***<br>***Foothills at Southern Highlands HOA*** |
| Donna M. Wittig<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>(702) 634-5000<br>donna.wittig@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** | Kevin M Sutehall<br>Fox Rothschild, LLP<br>1980 Festival Plaza Drive<br>Suite 700<br>Las Vegas, NV 89135<br>(702) 262-6899<br>ksutehall@foxrothschild.com<br>***Attorney for Defendant***<br>***Foothills at Southern Highlands HOA*** |

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

10691 San Palatina