**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00402-RFB-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; ABSOLUTE COLLECTION SERVICES, | |
| Defendants. | |

This matter is before the Court on Defense Counsel Shane D. Cox's Motion to Withdraw as Counsel (ECF No. 50), filed on December 13, 2019. Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met.

Further, the Court will require that Defendant Absolute Collection Services, LLC advise the Court if it will retain new counsel by January 21, 2020 as it must retain new counsel if it intends to continue to litigate this matter. *See United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Filing a notice of new counsel on or before January 21, 2020 is sufficient to comply with the Court's order. Failure to respond may result in a recommendation to the United States District Judge assigned to this case that dispositive sanctions be issued against Defendant Absolute Collection Services, LLC, including dismissal of this action.

**IT IS HEREBY ORDERED** that Defense Counsel Shane D. Cox's Motion to Withdraw as Counsel (ECF No. 50) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Absolute Collection Services, LLC shall have until **January 21, 2020** to advise the Court if it will retain new counsel. Failure to notify the Court as to their new representation may subject it to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendants to the civil docket and send a copy of this Order to Defendants' last known address:

Absolute Collection Services, LLC

6440 Sky Pointe Dr., Ste. 140-154

Las Vegas, NV 89131

813-701-9108

DATED: December 19, 2019

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE