ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #75
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
***Attorney for Defendant***
**AIRMOTIVE INVESTMENTS, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No.   2:16-cv-00402-RFB-DJA |

**STIPULATION TO DISMISS IN PART**

COMES NOW, Plaintiff, BANK OF AMERICA, N.A. (*"BANA"*), and Defendant, AIRMOTIVE INVESTMENTS, LLC (*"Airmotive"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On February 26, 2016, BANA filed this action seeking various relief related to a deed of trust (*"Deed of Trust"*) recorded against real property commonly known as 10691 San Palatina Street, Las Vegas, Nevada 89141(*"the "Property"*) and a homeowners association lien foreclosure sale (*"HOA Foreclosure Sale"*) related thereto.

2. Pursuant to this action, BANA and Airmotive have disputed the force and effect

1  of the HOA Foreclosure Sale upon the Deed of Trust.

2   3. BANA and Airmotive have entered into a settlement agreement that resolves all matters related to the Property as between themselves. The specific terms of the settlement agreement are confidential but generally involve the payment of agreed upon consideration by Airmotive to BANA in exchange for a release of any interest BANA claims in the Property.

4. The instant matter having been resolved as between BANA and Airmotive, the instant action shall be dismissed with prejudice as it relates to Airmotive ONLY with each party bearing its own fees and costs.

Dated this ___7th___ day of August, 2020.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

AKERMAN, LLP

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
2810 West Charleston Boulevard, #75
Las Vegas, Nevada 89102
(702) 254-7775
croteaulaw@croteaulaw.com
***Attorney for Defendant***
***Airmotive Investments, LLC***

/s/ *Holly Walker*
HOLLY WALKER, ESQ.
Nevada Bar No. 14295
1635 Village Center Circle
Las Vegas, NV 89134
702-634-5036
holly.walker@akerman.com
***Attorney for Plaintiff***
***Bank of America, N.A.***

IT IS SO ORDERED.

By: _____
UNITED STATES DISTRICT JUDGE

Dated:  August 10, 2020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ____7th____ day of August, 2020, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO DISMISS IN PART** to the following parties:

| | |
|---|---|
| Melanie D Morgan<br>Akerman LLP<br>1635 Village Center Cir., Suite 200<br>Las Vegas, NV 89134<br>(702)634-5005<br>(702) 380-8572 (fax)<br>melanie.morgan@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** | Holly Walker<br>Akerman LLP<br>1635 Village Center Circle<br>Las Vegas, NV 89134<br>702-634-5036<br>holly.walker@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** |
| Jamie K Combs<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>702-634-5007<br>702-380-8572 (fax)<br>jamie.combs@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** | Mark J. Connot<br>Fox Rothschild, LLP<br>1980 Festival Plaza Drive<br>Suite 700<br>Las Vegas, NV 89135<br>702-262-6899<br>mconnot@foxrothschild.com<br>***Attorney for Defendant***<br>***Foothills at Southern Highlands HOA*** |
| Donna M. Wittig<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>(702) 634-5000<br>donna.wittig@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** | Kevin M Sutehall<br>Fox Rothschild, LLP<br>1980 Festival Plaza Drive<br>Suite 700<br>Las Vegas, NV 89135<br>(702) 262-6899<br>ksutehall@foxrothschild.com<br>***Attorney for Defendant***<br>***Foothills at Southern Highlands HOA*** |

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

10691 San Palatina