MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  holly.walker@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00402-RFB-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS ALL CLAIMS AGAINST FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS' ASSOCIATION** |
| FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS' ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; and ABSOLUTE COLLECTION SERVICES, LLC, | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

1

54513026;1

1   Plaintiff Bank of America, N.A. (**BANA**) and Foothills at Southern Highlands Homeowners

2   Association (**Foothills**), pursuant to Fed. R. Civ. P. 41(a)(2), jointly move this Court to dismiss all

3   claims in this matter against Foothills, with prejudice, each side to bear its own fees and costs.

4

5   Dated this 8th day of September, 2020.          Dated this 8th day of September, 2020.

6   AKERMAN LLP                                      FOX ROTHSCHILD LLP

7

8   */s/ Holly E. Walker, Esq.*                      */s/ Kevin M. Sutehall, Esq.*
    MELANIE D. MORGAN, ESQ.                          MARK J. CONNOT, ESQ.
9   Nevada Bar No. 8215                              Nevada Bar No. 10010
    HOLLY E. WALKER, ESQ.                            KEVIN M. SUTEHALL, ESQ.
10  Nevada Bar No. 14295                             Nevada Bar No. 9437
    1635 Village Center Circle, Suite 200            1980 Festival Plaza Drive, #700
11  Las Vegas, NV 89134                              Las Vegas, NV 89135

12  *Attorneys for Bank of America, N.A.*            *Attorneys for Foothills at Southern Highlands*
13                                                   *Homeowners Association*

14

15

16

17                                                   **IT IS SO ORDERED.**

18   _____

19   RICHARD F. BOULWARE, II
     UNITED STATES DISTRICT JUDGE
20

21   DATED this   11th day of September, 2020.

22

23

24

25

26

27

28

54513026;1

2