UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, *et al.*, <br><br> Defendants. | Case No. 2:16-cv-00402-RFB-DJA <br><br> **ORDER** |

    Before the Court is Plaintiff's Motion for Release of Bond Obligation [ECF No. 69]. For the good cause stated in the motion, the Court grants the motion.

    IT IS ORDERED that Plaintiff's Motion for Release of Bond Obligation [ECF No. 69] is GRANTED.

Dated: March 1, 2022.

_____
**RICHARD F. BOULWARE, II**
UNITED STATES DISTRICT JUDGE